THE PEOPLE OF THE TERRITORY OF GUAM,
**Plaintiff-Appellee**

v.

RICHARD T. MATSUMURA, **Defendant-Appellant**

Criminal No. 46-A

District Court of Guam

Appellate Division

January 27, 1975

Before PECKHAM, TURNER and PEREZ, *Judges*

PECKHAM, *United States District Judge*, San Francisco, California, sitting by designation

PER CURIAM

ORDER

The appeal in the above-entitled case was heard, taken under submission, and the judgment of the Court below affirmed on August 9, 1972. No formal memorialization of the action of affirmance appears in the file as of this date. For this reason the court hereby formally recites its action of affirmance of the judgment of the lower court.